NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1150

GLEASON INDUSTRIAL PRODUCTS, INC.
and PRECISION PRODUCTS, INC.,

Plaintiffs-Appellees,

v.

CENTRAL PURCHASING, LLC,

Defendant-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 06-00089, Senior Judge Richard W. Goldberg.

O R D E R

The court considers whether a special briefing schedule is warranted.

Upon consideration thereof,

IT IS ORDERED THAT:

Central Purchasing, LLC should calculate the due date for its brief in accordance with the court's rules. The United States' brief is due within 30 days of the date of service of Central Purchasing's brief. Gleason Industrial Products, Inc. et al.'s (Gleason) brief is due within 30 days of the date of service of the United States brief.

Central Purchasing's reply brief is due within 14 days of the date of service of Gleason's brief.

FOR THE COURT

FEB 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 9 2009

JAN HORBALY
CLERK

cc:   Louis S. Mastriani, Esq.
      Matthew P. Jaffe, Esq.
      Stephen C. Tosini, Esq.

s17